1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER D. VIEIRA, CABN 273781
3  Special Assistant United States Attorney
   160 Spear St, Ste 800
4  San Francisco, California 94105
   Telephone: (510) 970-4808
5  Facsimile: (415) 744-0134
   E-Mail: christopher.vieira@ssa.gov
6
   Attorneys for Defendant
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MORALES-SANDOVAL, | Case No.: 2:22-cv-00934-BNW |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record ("CAR") and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by September 26, 2022. This is the Commissioner's first request for an extension of time.

Good cause exists for this extension because Defendant's counsel is in the process of conferring with his client to determine whether this matter can be resolved by settlement. The additional requested time will allow for those discussions to occur and for potential settlement discussions with Plaintiff. Additionally, Defendant's counsel notes that he will be out of the country from September 29, 2022 through October 17, 2022. Accordingly, Defendant requests an extension in which to respond to the Complaint until October 26, 2022.

On September 20, 2022, the undersigned conferred with Plaintiff's counsel, Marc Kalagian, who has no objection to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including October 26, 2022.

Dated: September 20, 2022

JASON M. FRIERSON
United States Attorney

/s/ Christopher Vieira
CHRISTOPHER D. VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**
**IT IS SO ORDERED**

**DATED:** 5:36 pm, September 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Mot. for Ext.; No 2:22-cv-00934-BNW

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of:

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED ADMINISTRATIVE RECORD AND ANSWER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Gerald Morris Welt
gmwesq@weltlaw.com

Marc V. Kalagian
marc.kalagian@rksslaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2022.

/s/ Christopher Vieira
CHRISTOPHER D. VIEIRA
Special Assistant United States Attorney