AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David Morales-Sandoval,

               Plaintiff,

   v.

Kilolo Kijakazi,

               Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:22-cv-00934-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff be awarded Fourteen Hundred Dollars ($1,400.00) in attorneys' fees.

12/29/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk